IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40926
Summary Calendar
_____


ROGER M. LANCE,

                                    Plaintiff-Appellant,

versus

PORT OF CORPUS CHRISTI
AUTHORITY,

                                    Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CV-229
- - - - - - - - - -

September 20, 1996

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Roger M. Lance argues that the district court erred in
granting the defendant's summary judgment motion and dismissing
his claims for defamation, retaliatory discharge, and a violation
of the Family Medical Leave Act.

    We have reviewed the record, the opinion of the district
court, and the briefs, and find, substantially for the reasons
relied upon by the district court, that the district court did

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

not err in granting summary judgment and dismissing Lance's claim for retaliatory discharge and his claim that the defendant violated the FMLA.  See Lance v. Port of Corpus Christ, No. C-95-CV-229 (S.D. Tex. Oct. 18, 1995).

Our review of the record reveals that Lance's defamation claim is barred by governmental immunity, and, thus, the district court did not err in granting summary judgment and dismissing the defamation claim.  See Tex. Civ. Prac. & Rem. Code Ann. §§ 101.021 (West 1986).

AFFIRMED.